UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT GONZALES GALVAN, | 1:09-cv-01872-BAK-SMS (HC) |
| Petitioner, | ORDER AUTHORIZING<br>IN FORMA PAUPERIS STATUS |
| vs. | |
| DERRAL ADAMS, | |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to proceed *in forma pauperis*. The petition will be screened in due course.

IT IS SO ORDERED.

**Dated:   November 24, 2009**         /s/ Sandra M. Snyder
                                        UNITED STATES MAGISTRATE JUDGE