# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT GONZALES GALVAN,<br><br>        Petitioner,<br><br>   v.<br><br>DERRAL ADAMS,<br><br>        Respondent. | 1:09-cv-01872-JLT HC<br><br>ORDER TO SHOW CAUSE WHY THE PETITION SHOULD NOT BE DISMISSED FOR PETITIONER'S FAILURE TO OBEY THE COURT'S ORDER<br><br>ORDER DIRECTING THAT PETITIONER FILE A RESPONSE WITHIN TWENTY DAYS |

       Petitioner is a state prisoner proceeding pro se and in forma pauperis with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On October 26, 2009, Petitioner filed his written consent to the jurisdiction of the United States Magistrate Judge for all purposes.  (Doc. 3).

       The instant petition was filed on October 23, 2009.  (Doc. 1).  After conducting an initial review of the petition, on January 19, 2010 the Court ordered Petitioner to file an amended petition on a proper habeas corpus form approved by the Court.[1]  The Order instructed Petitioner that the amended petition had to include all of the information required by 28 U.S.C. §2244(d) and identified by the Court in it's order.  (Doc. 6).  The Court ordered Petitioner to file his

---

[1] A copy of a Court-approved habeas corpus petition form was sent to Petitioner along with the order dated January 19, 2010.

1

amended petition within thirty days, i.e., by February 22, 2010.  Well over a month has elapsed since that deadline passed, yet Petitioner has not filed an amended petition, he has not requested an extension of time to file an amended petition, nor has he communicated in any way with the Court.  The Court's January 19, 2010 order expressly stated that "Petitioner is forewarned that his failure to comply with this order may result in a Recommendation that the Petition be dismissed pursuant to Local Rule 110."  (Doc. 6, p. 4).

## ORDER TO SHOW CAUSE

For the foregoing reasons, Petitioner is HEREBY ORDERED to Show Cause within twenty (20) days of the date of service of this Order why the petition should not be dismissed for Petitioner's failure to comply with the Court's January 19, 2010 order to file an amended petition.

**Petitioner is forewarned that his failure to comply with this order will result in an order dismissing the Petition pursuant to Local Rule 110.**

IT IS SO ORDERED.

Dated:   **April 2, 2010**                                   /s/ Jennifer L. Thurston
                                                     UNITED STATES MAGISTRATE JUDGE